■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS SANTOS, Appellant. [624 NYS2d 154] —Judgment, Supreme Court, Bronx County (Joseph Fisch, J.), rendered May 14, 1993, convicting defendant, after a nonjury trial, of attempted assault in the first degree, and sentencing him to 5 years probation, unanimously affirmed.

Viewing the evidence in the light most favorable to the People *(see, People v Malizia,* 62 NY2d 755, 757, *cert denied* 469 US 932), there was sufficient proof that defendant intended to cause the police officer serious physical injury when he threw the knife at the officer's body *(see, People v Carter,* 53 NY2d 113, 116). Defendant's intent is inferred from his conduct of throwing the knife and attacking the police officer after the officer attempted to subdue defendant *(People v Bracey,* 41 NY2d 296, 301). Concur—Rosenberger, J. P., Rubin, Ross, Nardelli and Williams, JJ.